**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Orlando Charles GRIPPER,
Defendant–Appellant.**

No. 16–6145.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 22, 2016.

Orlando Charles Gripper, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Charles Gripper appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gripper,* No. 1:01–cr–00170–CCE–1 (M.D.N.C. Jan. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*